IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DILL,

      Plaintiff,                        No. CIV S-09-0887 EFB P

      vs.

J. POTTS, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). On September 2, 2009, the court found that the complaint stated cognizable claims as to some defendants but not all. The court gave plaintiff 20 days to submit materials for service of process on the appropriate defendants, or, alternatively, 30 days to file an amended complaint.

      The times for acting have passed and plaintiff has not submitted the materials necessary to serve process, nor has he filed an amended complaint or otherwise responded to the September 2, 2009, order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 *See* Fed. R. Civ. P. 41(b).

3 DATED:  November 19, 2009.

4                                   EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

---

address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2